```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| SHERI PFEIFER, et al., | : | CIVIL ACTION NO. 06-4456 (MLC) |
| Plaintiffs, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| JOSEPH LAU, | : |  |
| Defendant. | : |  |

**THE COURT** ordering the plaintiffs on February 15, 2007, <u>inter</u> <u>alia</u>, to advise the Court between March 16, 2007, and March 23, 2007, of the further steps they are taking to prosecute this action ("February 15 Order") (dkt. entry no. 8); and the plaintiffs' counsel advising the Court by telephone on February 16, 2007, that this action has been settled; and thus the Court intending to (1) vacate the part of the February 15 Order directing the plaintiffs to advise the Court between March 16, 2007, and March 23, 2007, of the further steps they are taking to prosecute this action, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                          s/ Mary L. Cooper
                                          **MARY L. COOPER**
                                          United States District Judge